■ SIDNEY DAVIDSON, Appellant, v ROSALIND DAVIDSON, Respondent.— Order of the Family Court, Kings County, dated June 17, 1974, affirmed, with $20 costs and disbursements. The Family Court Judge properly concluded that there had been no change in circumstances since the date the amount of alimony had been agreed to by the parties and their attorneys, which agreement had been incorporated into the divorce decree, to warrant a modification of that amount. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.

■ Jo ELLEN DONAHUE, Appellant, v MARY FLOOD et al., Respondents.— Judgment of the Supreme Court, Nassau County, entered November 22, 1974, affirmed, with costs. Under the facts in the record in this case, plaintiff was not entitled to a charge to the jury on the issue of amnesia. Gulotta, P. J., Rabin, Martuscello, Latham and Shapiro, JJ., concur.